■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDDIE
GLOVER, Appellant.— Order of the Supreme Court, Kings County, dated

October 17, 1966 affirmed (*People* v. *Tyson,* 15 N Y 2d 866; *People* v. *Combs,* 19 A D 2d 639). Beldock, P. J., ·Christ, Brennan, Rabin and Munder, JJ., concur.